UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**DEREK BEST**,

                Plaintiff,

v.                                                                   Case No. 15-CV02610-RDR/KGS

**CREDITWORLD SERVICES, INC.,**

                Defendant.

**SATISFACTION OF JUDGMENT**

COMES NOW Plaintiff by undersigned counsel and states that the judgment entered against Defendant Creditworld Services, Inc. on or about June 17, 2015 in the above-captioned case has been fully paid and satisfied in full by said Defendant, and the satisfaction should be reflected in this Court's records.

                Respectfully Submitted,
                **CALLAHAN LAW FIRM, LLC**
                s/ Ryan Callahan
                Ryan Callahan, KS#25363
                221 E. Gregory Blvd., Suite A
                Kansas City MO 64114-1138
                [816] 822-4041 | ryan@callahanlawkc.com
                ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this pleading was sent to the below by email from the Court's CM/ECF system, on this Tuesday, April 05, 2016:

Scott Walterbach
scott@bw-llp.com
ATTORNEY FOR DEFENDANT CWS

s/ Ryan Callahan